UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

REYNALDO ALMONTE and BENIGNO
PACHECO,

                Plaintiffs,

    -against-

PORT DRAGO CORP. d/b/a/ DRAGO SHOE
REPAIR and CHARLES DRAGO, individually,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x



ORDER

21 Civ. 418 (GBD)

GEORGE B. DANIELS, United States District Judge:

    In light of the referral of the above-captioned matter to mediation, (ECF No. 14), the April 15, 2021 initial conference is adjourned to July 15, 2021 at 9:30 a.m.

Dated: April 7, 2021
       New York, New York

                                          SO ORDERED.

                                          GEORGE B. DANIELS
                                          United States District Judge