UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

REYNALDO ALMONTE and BENIGNO PACHECO,

                Plaintiffs,

    -against-

PORT DRAGO CORP. d/b/a/ DRAGO SHOE REPAIR and CHARLES DRAGO, individually,

                Defendants.

------------------------------------- x

ORDER

21 Civ. 418 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

All conferences previously scheduled are adjourned *sine die*.

Dated: June 8, 2021
      New York, New York

SO ORDERED.

GEORGE B. DANIELS
United States District Judge