UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
REYNALDO ALMONTE and BENIGNO
PACHECO,

                    Plaintiffs,

      -against-

PORT DRAGO CORP. d/b/a/ DRAGO SHOE
REPAIR and CHARLES DRAGO, individually,

                    Defendants.

------------------------------------- x

ORDER

21 Civ. 418 (GBD)

GEORGE B. DANIELS, United States District Judge:

      Plaintiffs and Defendants have reached a settlement in this FLSA action and jointly move this Court for an order approving the settlement. (ECF No. 22.) This Court, having reviewed the terms of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and their joint motion for settlement approval, together with the exhibits attached thereto, hereby GRANTS the parties' motion and FURTHER ORDERS that:

1. The settlement payment to Plaintiffs in the amount of $40,000.00 is approved;

2. The payment of attorneys' fees in the amount of $13,333.33, and expenses in the amount of $627.15 to Plaintiffs' counsel is approved.

Dated: June 28, 2021
      New York, New York

                                        SO ORDERED.

                                        GEORGE B. DANIELS
                                        United States District Judge